**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CYPALEO LLC | § |
| Plaintiff, | § § § |
| vs. | § § Case No: 2:17-cv-00006-JRG-RSP |
| CLARION CORPORATION OF AMERICA | § § § |
| Defendants. | § § § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Cypaleo, LLC's motion to dismiss with prejudice Defendant Clarion Corporation of America pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice.

**SIGNED this 30th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE